IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01273-BNB

VERNON J. TURLEY,

    Applicant,

v.

ROBERT FURLONG, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 6 2010

GREGORY C. LANGHAM
                 CLERK

## ORDER OF DISMISSAL

Applicant, Vernon J. Turley, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the correctional facility in Sterling, Colorado. Mr. Turley, acting *pro se*, initiated this action by submitting to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On June 2, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Turley to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Turley to submit his claims and request to proceed pursuant to 28 U.S.C. § 1915 on Court-approved forms. Magistrate Judge Boland also instructed Mr. Turley to submit a certificate showing the current balance in his prison account. Mr. Turley was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On July 9, 2010, Mr. Turley submitted a Letter to the Court in which he appears to assert that he did not submit the Application to the Court and asks the Court to send

him a copy of the Application that was filed. Magistrate Judge Boland entered a minute order on June 30, 2010, instructing Mr. Turley that the Court would not send a copy of the seventy-five page Application to him, but would send the first and last page of the Application to confirm that the Application was filed with the Court and that he signed the Application. Magistrate Judge Boland further instructed Mr. Turley to provide clarification if the Court misunderstood the Letter. Mr. Turley also was instructed that he had thirty days from the date of the June 30 Minute Order to cure the deficiencies noted in the June 2 Order.

Subsequent to the June 30 Minute Order, Mr. Turley filed several nonsensical pleadings, including Document Nos. 6, 7, 8, and 9. Magistrate Judge Boland addressed Document No. 9, which is a Letter filed on July 7, 2010, and denied in a minute order dated July 8, 2010, the relief sought as ambiguous and otherwise inappropriate. The Court again instructed Mr. Turley to comply with the June 2 Order within the time allowed.

On August 3, 2010, rather than curing the deficiencies as ordered, Mr. Turley filed a pleading titled "Affidavit." The pleading is unresponsive to the Court's June 2 Order. Therefore, Mr. Turley has failed to comply with the June 2 Order within the time allowed, and the action will be dismissed without further notice. The Court also notes that, although not clearly stated, Mr. Turley may have expressed a desire to dismiss the action. (*See* Doc. No. 9.) In view of the ambiguity of Mr. Turley's filing and the fact that he has failed to comply with the June 2 Order, the action instead will be dismissed for failure to cure deficiencies. Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(b) without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this  5th  day of   August  , 2010.

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01273-BNB

Vernon J. Turley
Prisoner No. 63605
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/6/10

                                  GREGORY C. LANGHAM, CLERK

                                  By: _____
                                          Deputy Clerk